AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Kevin M. Brandt <br><br> *Plaintiff(s)* <br> v. <br> P. Kevin Smith <br><br> *Defendant(s)* | Civil Action No. 3:25-cv-557 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  P. Kevin Smith
3420 1/2 Brown Street, NW
Washington, D.C. 20010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Gregory J. DuBoff (VSB No. 82062)
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
gduboff@mcguirewoods.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



Date:   7/18/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 3:25-cv-557

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                        *Server's signature*

                              _____
                                                        *Printed name and title*

                              _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Kevin M. Brandt
        *Plaintiff*

        *vs.*        Case No: 3:25-cv-00557-HEH

P. Kevin Smith
        *Defendant*

### DECLARATION OF SERVICE

I, Sheridan Johnson, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, and Complaint with Exhibit in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 7/24/2025 at 8:21 AM, I personally served P. Kevin Smith with the Summons, Civil Cover Sheet, and Complaint with Exhibit at 3420 1/2 Brown Street, NW, Washington, DC 20010.

P. Kevin Smith is described herein as:

Gender: Male   Ethnicity: Black   Age: 55   Weight: 220   Height: 5'9"   Hair: Black

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/24/2025

*Sheridan Johnson*

*Client Ref Number: 2082832-0003*
*Job #:13764494*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*